UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ROBERT JOSEPH WOODS, JR., | : | Chapter 13 |
| Debtor | : | Case No. 15-12063REF |

# **ORDER**

AND NOW, this 28 day of December, 2016, upon my consideration of the pending briefs of counsel in the matter of the motion for relief from the stay filed by Debtor's wife, and upon my need to address certain questions to counsel in oral argument,

IT IS HEREBY ORDERED that argument on this matter shall be held at the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1**
**The Madison – Third Floor**
**Fourth and Washington Streets**
**Reading, PA 19601**
**on Tuesday, January 10, 2017, at 9:30 a.m., prevailing time.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge