United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Woods, Jr.  
    Debtor

Case No. 15-12063-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Dec 28, 2016  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db          +Robert Joseph Woods, Jr.,   6384 Tollgate Road,   Zionsville, PA 18092-2147
cr         #+Ann Marie Woods,   763 Magnolia Rd,   Hellertown, PA 18055-2316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
```
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC bkeilson@gsbblaw.com
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union bkeilson@gsbblaw.com
              CHARLES    LAPUTKA    on behalf of Debtor Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jamie@laputkalaw.com;mary@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: ROBERT JOSEPH WOODS, JR.,    :    Chapter 13
      Debtor    :    Case No. 15-12063REF

# ORDER

AND NOW, this 28 day of December, 2016, upon my consideration of the pending briefs of counsel in the matter of the motion for relief from the stay filed by Debtor's wife, and upon my need to address certain questions to counsel in oral argument,

IT IS HEREBY ORDERED that argument on this matter shall be held at the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1**
**The Madison – Third Floor**
**Fourth and Washington Streets**
**Reading, PA 19601**
**on Tuesday, January 10, 2017, at 9:30 a.m., prevailing time.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge