UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert Joseph Woods, Jr. | : CHAPTER 13 |
| | : NO. 15-12063 |

### ORDER

AND NOW, upon consideration of the Creditor's Motion for Relief of the Automatic Stay with respect to Ann Marie Woods n/k/a Ann Marie Pedone, good cause and good faith appearing, it is hereby

DENIED on the basis of the colloquy in open court.

ORDERED that the Creditor's Motion is ~~granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Ann Marie Wood n/k/a Ann Marie Pedone and divorce case and pursue Debtor for Contempt of a State Court Order~~ in Lehigh ~~County, Pennsylvania.~~

IT IS FURTHER ORDERED ~~that Movant, Ann Marie Woods n/k/a Ann Marie Pedone, may pursue any State remedies available~~ to her to enforce the alimony owed to her by Debtor, ~~Robert Woods, Jr.~~

1/26/17

BY THE COURT:

[signature]

J.