United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Woods, Jr.  
      Debtor

Case No. 15-12063-ref  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Angela                Page 1 of 1                  Date Rcvd: Jan 26, 2017
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
```
db             +Robert Joseph Woods, Jr.,    6384 Tollgate Road,    Zionsville, PA 18092-2147
cr            #+Ann Marie Woods,    763 Magnolia Rd,    Hellertown, PA 18055-2316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
```
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC bkeilson@gsbblaw.com
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union bkeilson@gsbblaw.com
              CHARLES LAPUTKA    on behalf of Debtor Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jamie@laputkalaw.com;mary@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
Robert Joseph Woods, Jr. : CHAPTER 13
: NO. 15-12063

## ORDER

AND NOW, upon consideration of the Creditor's Motion for Relief of the Automatic Stay with respect to Ann Marie Woods n/k/a Ann Marie Pedone, good cause and good faith appearing, it is hereby

DENIED on the basis of the colloquy in open court.

ORDERED that the Creditor's Motion is ~~granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Ann Marie Wood n/k/a Ann Marie Pedone and divorce case and pursue Debtor for Contempt~~ of a State Court Order in Lehigh County, ~~Pennsylvania~~.

IT IS FURTHER ORDERED ~~that Movant, Ann Marie Woods n/k/a Ann Marie Pedone, may pursue any State remedies available~~ to her to enforce the alimony owed to her by Debtor, ~~Robert Woods, Jr.~~

BY THE COURT:

1/26/17

_____
J.