## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| ROBERT JOSEPH WOODS, JR. | Case No. 15-12063 (REF) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Brya M. Keilson, Esquire is hereby withdrawn as counsel of record for Bethpage Federal Credit Union ("Bethpage Federal") in the above-captioned cases. Bethpage Federal continues to be represented by the law firm of Gellert Scali Busenkell and Brown, LLC.

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

BY: */s/ Brya M. Keilson*

Dated: February 20, 2017

Brya M. Keilson (DE 4643)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-425-5800
Fax: 302-425-5814
bkeilson@gsbblaw.com

*Counsel to Bethpage Federal Credit Union*