# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 13 |
| **ROBERT JOSEPH WOODS, JR.,** | ) |
| | ) |
| Debtor. | ) Case No.: 15-12063-REF |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Holly E. Smith on behalf of Bethpage Federal Credit Union in the above-captioned matter, and index same on the master mailing list.

>Holly E. Smith, Esquire (PA ID #203979)
>Gellert Scali Busenkell & Brown, LLC
>The Curtis Center
>601 Walnut Street, Suite 470 West
>Philadelphia, PA 19106

Dated: February 21, 2017

>GELLERT SCALI BUSENKELL & BROWN, LLC
>
>By: /s/ *Holly E. Smith*
>   Holly E. Smith (PA ID # 203979)
>   601 Walnut Street, Suite 470 West
>   Philadelphia, Pennsylvania 19106
>   Phone: 215-238-0012
>   Fax: 215-238-0016
>   hsmith@gsbblaw.com
>
>*Attorneys for Bethpage Federal Credit Union*