### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 |
|---|---|
| ROBERT JOSEPH WOODS, JR., | Case No. 15-12063 (REF) |
| **Debtor.** | |

### PRAECIPE TO WITHDRAW
### (RE: D.I. 50)

TO THE COURT CLERK:

Kindly withdraw the *Objection to the Debtor's Proposed Fourth Amended Chapter 13 Plan* (D.I. 50), which was filed on August 5, 2016.

Dated: May 1, 2017
Wilmington, DE

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (PA 200736)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

and

**RIVKIN RADLER LLP**
Jeannine Farino, Esq.
*(Admitted Pro Hac Vice)*
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
Email: jeannine.farino@rivkin.com

*Counsel to Bethpage Federal Credit Union*