UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    ROBERT JOSEPH WOODS, JR., | CHAPTER 13 |
| Debtor | CASE NO. 15-12063 |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Robert Joseph Woods, Jr., has filed an objection to the proof of claim you filed in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard Fehling on **June 8, 2017** at 9:30 a.m., in Courtroom #1, 3rd **Floor, The Madison Building, 400 Washington Street, Reading, Pennsylvania, 19601.** If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: 5/2/17

By: /s/ Charles Laputka
Charles Laputka, Esquire
Attorney for Debtor
Atty. I.D. No: 91984
1344 W. Hamilton Street
Allentown PA 18102
(610) 477-0155