UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT JOSEPH WOODS, JR.,    CHAPTER 13

Debtor    CASE NO. 15-12063
AVERSARY NO: 17-00141

### PRAECIPE TO ADMINISTRATIVELY COMBINE MATTERS

We respectfully request this Honorable Court administratively align the Debtor's Objection to Proof of Claim No. 9 filed in Case No. 15-12063 with the Adversary Complaint filed by Ann Marie Woods a/k/a Ann Marie Pedone in Adversary No. 17-00141. Based upon the similarity of the issues involved in both matters we believe it is in the interest of judicial economy to administratively align or combine same.

Laputka Law Office, LLC

Date: 6/12/17

Charles Laputka, Esquire
1344 W. Hamilton Street
Allentown, PA 18102
Attorney for Debtor, Robert Woods

The Law Offices of Everett Cook, P.C.

Date: 6/9/17

John Everett Cook, Esquire
2747 MacArthur Road
Whitehall, PA 18052
Attorney for Adversary, Ann Marie
Woods a/k/a Ann Marie Pedone