AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| LAPOLLA INDUSTRIES, INC. <br> *Plaintiff* <br> v. <br> ROBERT JOSEPH WOODS, JR. <br> *Defendant* | ) <br> ) <br> )  Case No.  15-12063-REF <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAPOLLA INDUSTRIES, INC.

Date:   12/01/2017

/S/ ANDREW SKLAR
*Attorney's signature*

ANDREW SKLAR (AS3105)
*Printed name and bar number*

Sklar Law, LLC
1200 Laurel Oak Rd., Ste 102
Voorhees, NJ 08043

*Address*

andy@sklarlaw.com
*E-mail address*

(856) 258-4050
*Telephone number*

(856) 258-6941
*FAX number*