# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert Joseph Woods, Jr.

CHAPTER 13
NO. 15-12063

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT OT SECTION 362(d)

To the Clerk of Said Court:

Kindly withdraw the 362 Motion of Ann Marie Woods filed on or about December 5, 2017, in the above matter.

Dated: December 7, 2017        Signed:/s/ Everett Cook
                               By: Everett Cook, Esq.
                               The Law Offices of Everett Cook, P.C.
                               2309 Macarthur Road
                               Whitehall, PA, 18052
                               610.351.3566
                               610.351.3556 FAX