UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert Joseph Woods, Jr. | : CHAPTER 13 |
| | : NO. 15-12063 ref |

## CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for Ann Marie Pedone, hereby certify that on December 14, 2017 a **MOTION OF ANN MARIE WOODS N/K/A ANN MARIE PEDONE TO WAIVE FILING FEE FOR 362 MOTION** was served on the creditors and parities in interest listed hereinbelow:

**MICHAEL G. BUSENKELL, Esq.**
Gellert Scali Busenkell & Brown LLC
1201 N Orange Street
Suite 300
Wilmington, DE 19801

**Gellert Scali Busenkell & Brown LLC**
The Curtis Center
Suite 280 South
601 Walnut Street
Philadelphia, PA 19106

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**BRYA M KEILSON**
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street
10th Floor
Wilmington, DE 19801

**Ann Marie Pedone**
1114 Landis Road
East Greenville PA 18041

**CHARLES LAPUTKA**
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Robert Joseph Woods, Jr.**
6384 Tollgate Road
Zionsville, PA 18092

       The above-named have failed to file on or before January 2, 2018 (19 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 1/3/18                    Signed: /s/ Everett Cook
                                         By: Everett Cook, Esq.
                                         The Law Offices of Everett Cook, P.C.
                                         2309 Macarthur Road
                                         Whitehall, PA, 18052
                                         610.351.3566
                                         610.351.3556 FAX