# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| **Robert Joseph Woods, Jr.** | : | CHAPTER 13 |
| | : | NO. 15-12063 |

**Hearing to be held:**
Date: Thursday, March 8, 2018
Time: 9:30 AM
Place: U.S. Bankruptcy Court
The Madison Building
400 Washington Street
Reading, PA 19601

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Everett Cook, Esquire, counsel for Creditor/Movant, has filed a MOTION TO RETURN FEE FOR 362 MOTION.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before **February 27, 2018**, (21 days) you or your attorney must do ALL of the following:

(a) file an answer explaining your position at:

U. S. Bankruptcy Court
400 Washington Street
Reading, PA 19606

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b) mail a copy to the Movants' attorney:

Everett Cook, Esq.
2309 MacArthur Road
Whitehall, PA 18052
610-351-3566

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on Thursday, March 8, 2018 at 9:30 A.M. in United States Bankruptcy Court, 400 Washington Street, Reading, PA 19606.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: 2/6/18