# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert Joseph Woods, Jr. | : CHAPTER 13 |
| | : NO. 15-12063 |

## PRAECIPE TO WITHDRAW AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO §362(d)

To the Clerk of Said Court:

Kindly withdraw the Amended Motion for Relief from Automatic Stay Pursuant to Section 362(d) (Doc. No. 89) filed on or about February 8, 2018.

Respectfully Submitted,

Dated: 2/9/18

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052
Bar I.D. #202039
Phone: (610) 351-3566
Fax:    (610) 351-3556