UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> Robert Joseph Woods, Jr., <br><br> Debtor | CHAPTER 13 <br><br> CASE NO. 15-12063 |
| Ann Marie Woods, <br> now known as Ann Marie Pedone, <br><br> Plaintiff <br> vs. <br><br> Robert Joseph Woods, Jr., <br><br> Defendant. | Adversary No. 17-00141 |

## ORDER

Upon consideration of Defendant/Debtor's Motion for Extension to File Appeal of the January 25, 2018 Order of Court Pursuant to Fed. R.Bankr. P. 8002(d):

IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to Bankruptcy Rule 8002(d), Defendant/Debtor has been granted an extension of time to file an appeal until __February 28__, 2018.

2/9/18

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE