UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert Joseph Woods, Jr. | : CHAPTER 13 |
| | : NO. 15-12063 |

## ORDER

AND NOW, upon consideration of the Creditor's Motion to Refund Filing Fee for 362 Motion, good cause and good faith appearing, it is hereby

ORDERED that the Creditor's Motion is granted and filing fee of $181.00 will be refunded to Creditor/Movant ~~within ten (10) days~~.

BY THE COURT:

2/9/18

_____
R. Miller, J.