United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12063-ref
Robert Joseph Woods, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv                  Page 1 of 1                  Date Rcvd: Feb 09, 2018
                               Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db         +Robert Joseph Woods, Jr.,    6384 Tollgate Road,    Zionsville, PA 18092-2147
aty        +Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    Suite 280 South,
             601 Walnut Street,    Philadelphia, PA 19106-3323
aty        +Jeannine M. Farino,    Rivkin Radler, LLP,    926 RXR Plaza,   Uniondale, NY 11556-3823
cr         +Bethpage Federal Credit Union,    c/o Gellert Scali Busenkell & Brown LLC,    The Curtis Center,
             601 Walnut Street,    Suite 280 South,    Philadelphia, PA 19106-3323
cr         +LAPOLLA INDUSTRIES INC,    Sklar Law LLC,    1200 Laurel Oak Rd,   Ste 102,
             Voorhees, NJ 08043-4317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+Ann Marie Woods,    763 Magnolia Rd,    Hellertown, PA 18055-2316
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              ANDREW   SKLAR    on behalf of Creditor    LAPOLLA INDUSTRIES INC andy@sklarlaw.com
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               brya.keilson@usdoj.gov
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union brya.keilson@usdoj.gov
              CHARLES   LAPUTKA    on behalf of Defendant Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Debtor Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              HOLLY ELIZABETH SMITH    on behalf of Creditor    Bethpage Federal Credit Union hsmith@gsbblaw.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Plaintiff Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Creditor    Bethpage Federal Credit Union
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Robert Joseph Woods, Jr. | : | CHAPTER 13 |
| | : | NO. 15-12063 |

## ORDER

AND NOW, upon consideration of the Creditor's Motion to Refund Filing Fee for 362 Motion, good cause and good faith appearing, it is hereby

ORDERED that the Creditor's Motion is granted and filing fee of $181.00 will be refunded to Creditor/Movant ~~within ten (10) days~~.

BY THE COURT:

2/9/18

R. MILLER, J.