UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert Joseph Woods, Jr.,                    CHAPTER 13

Debtor                                        CASE NO. 15-12063

### DEFENDANT, ROBERT JOSEPH WOODS, JR.'S, RESPONSE TO MOTION FOR RELIEF FROM STAY AUTOMATIC STAY PURSUANT TO §362(d)

**AND NOW** comes Debtor, Robert Joseph Woods, Jr., by and through his counsel, Charles Laputka, Esq., and files the following Response to Motion for Relief from Automatic Stay Pursuant to §362(d), and avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Debtor's intention is to amend his Chapter 13 Plan to pay the nondischargeable portion of Movant's debt as a specially classified priority claim.

6. Admitted.

7. Denied.

8. Denied. See Debtor's response to paragraph 5 above.

9. Admitted.

10. Denied. Debtor takes no position in regard to this request.

WHEREFORE, the Debtor respectfully requests this Honorable Court deny Movant's Motion.

Date: 3/2/18                              By: */s/ Charles Laputka*
                                          Charles Laputka, Esquire
                                          Attorney for Debtor
                                          Atty. I.D. No: 091984
                                          1344 W. Hamilton Street
                                          Allentown PA 18102
                                          (610) 477-0155

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert Joseph Woods, Jr.,                    CHAPTER 13

           Debtor                    CASE NO. 15-12063

### CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Response to Plaintiff's Motion for Relief was served upon the following individuals via ECF or first-class United States mail, postage prepaid, this 2nd day of March, 2018:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
2901 Saint Lawrence Avenue
Reading, PA 19606

Everett Cook, Esquire
2309 MacArthur Road
Whitehall PA 18052

.

           By: */s/ Charles Laputka*
              Charles Laputka, Esquire
              Attorney for Debtor
              Atty. I.D. No: 091984
              1344 W. Hamilton Street
              Allentown PA 18102
              (610) 477-0155