**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In re:                                                                                   Case No.: 15-12063-ref

ROBERT JOSEPH WOODS, JR.,                                           Chapter 13

           Debtor.

---

**ORDER**

      AND NOW, Bethpage Federal Credit Union ("Bethpage Federal") having filed a Motion for Relief on January 14, 2016 (D.I. 30) (the "Motion for Relief"); and a Stipulation by and between Bethpage Federal and the Debtor having been filed on June 22, 2016 (D.I. 45); and a Certification of Default having been filed by Bethpage Federal on March 13, 2018 (D.I. 101); and upon consideration of the foregoing, it is hereby

      ORDERED, the Motion for Relief is GRANTED; and it is further

      ORDERED, relief from the automatic stay is hereby granted to Bethpage Federal as to allow Bethpage Federal to take any and all action under applicable state law to exercise its remedies against real property located at 6384 Tollgate Road, Zionsville, PA 18092; and it is further

      ORDERED, the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen-day period set forth in Bankruptcy Rule 4001(a)(3).

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE