**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 13** |
| **ROBERT JOSEPH WOODS, JR.,** ) | |
| ) | **Case No. 15-12063-REF** |
| **Debtor.** ) | |
| ) | |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF COURT

    Kindly withdraw the Proposed Order Re: Certification of Default of June 24, 2016

Order appearing as docket entry number 103.


Dated: March 21, 2018    GELLERT SCLAI BUSENKELL & BROWN LLC

    /s/ Holly S. Miller
    Holly S. Miller (PA ID #203979)
    The Curtis Center
    601 Walnut Street, Suite 750 West
    Philadelphia, PA 19106
    Telephone: (215) 238-0010
    Facsimile: (215) 238-0016
    E-mail: hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*