# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| | ) | |
| **ROBERT J. WOODS, JR.,** | ) | **Case No. 15-12063-ref** |
| | ) | |
| **Debtor.** | ) | |

## PRAECIPE TO WITHDRAW OBJECTION TO AMENDED CHAPTER 13 PLAN

TO THE CLERK OF COURT

Kindly withdraw the Objection to Amended Chapter 13 Plan, filed on April 13, 2018 at D.I. 102.

Dated: June 8, 2018    GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Holly S. Miller, Esquire
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106
Phone: (215) 238-0012
Fax: (215) 238-0016
hsmiller@gsbblaw.com
*Counsel to Bethpage Federal Credit Union*