# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       ROBERT JOSEPH WOODS, JR.   )     CASE NO. 15-12063
                     Debtor             )     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 12th day of June, 2018, a true and correct copy of the Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Robert Joseph Woods, Jr.
6384 Tollgate Road
Zionsville PA 18092

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102