# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert Joseph Woods, Jr. | : CHAPTER 13 |
| | : NO. 15-12063 |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

To the Clerk of Said Court:

Kindly withdraw the Motion for Relief from Automatic Stay (Doc. No. 92) filed on or about February 9, 2018.

Respectfully Submitted,

Dated: 6/14/18

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052
Bar I.D. #202039
Phone: (610) 351-3566
Fax:   (610) 351-3556