United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-12063-ref
Robert Joseph Woods, Jr.                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Jun 14, 2018
                              Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db             +Robert Joseph Woods, Jr.,    6384 Tollgate Road,    Zionsville, PA 18092-2147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              ANDREW   SKLAR    on behalf of Creditor    LAPOLLA INDUSTRIES INC andy@sklarlaw.com
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               brya.keilson@usdoj.gov
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union brya.keilson@usdoj.gov
              CHARLES   LAPUTKA    on behalf of Debtor Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Defendant Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HOLLY SMITH MILLER    on behalf of Creditor    Bethpage Federal Credit Union hsmiller@gsbblaw.com
              JOHN EVERETT COOK    on behalf of Plaintiff Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Creditor    Bethpage Federal Credit Union
               mbusenkell@gsbblaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert Joseph Woods, Jr.
      Debtor(s)                                    Chapter: 13

                                             Bankruptcy No: 15−12063−ref
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 14, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Richard E. Fehling
                                                  Chief Judge ,
                                                  United States Bankruptcy Court

                                                                      112
                                                                Form 155