**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert J. Woods Jr.<br>                    Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                    Movant<br>          vs.<br>Robert J. Woods Jr.<br>                    Debtor(s) | NO. 15-12063 REF |
| Frederick L. Reigle Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6384 Tollgate Road Zionsville, PA 18092-2147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 6, 2018**

_____
United States Bankruptcy Judge.