United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Joseph Woods, Jr.
      Debtor

Case No. 15-12063-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Aug 06, 2018
                 Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
```
db          +Robert Joseph Woods, Jr.,    6384 Tollgate Road,    Zionsville, PA 18092-2147
aty         +Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    Suite 280 South,
              601 Walnut Street,    Philadelphia, PA 19106-3314
aty         +Jeannine M. Farino,    Rivkin Radler, LLP,    926 RXR Plaza,    Uniondale, NY 11556-3823
cr          +BANK OF AMERICA, N.A.,    P.O. Box 5170,    SIMI VALLEY, CA 93062-5170
cr          +Bethpage Federal Credit Union,    c/o Gellert Scali Busenkell & Brown LLC,    The Curtis Center,
              601 Walnut Street,    Suite 280 South,    Philadelphia, PA 19106-3314
cr          +LAPOLLA INDUSTRIES INC,    Sklar Law LLC,    1200 Laurel Oak Rd,    Ste 102,
              Voorhees, NJ 08043-4317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr         ##+Ann Marie Woods,    763 Magnolia Rd,    Hellertown, PA 18055-2316
```
     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
```
              ANDREW    SKLAR    on behalf of Creditor    LAPOLLA INDUSTRIES INC andy@sklarlaw.com
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               brya.keilson@usdoj.gov
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union brya.keilson@usdoj.gov
              CHARLES    LAPUTKA    on behalf of Defendant Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com
              CHARLES    LAPUTKA    on behalf of Debtor Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com
              HOLLY SMITH MILLER    on behalf of Creditor    Bethpage Federal Credit Union hsmiller@gsbblaw.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Plaintiff Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Creditor    Bethpage Federal Credit Union
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
```
     TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert J. Woods Jr.<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　　　Movant<br>　　　vs.<br>Robert J. Woods Jr.<br>　　　　　　　　Debtor(s) | NO. 15-12063 REF |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6384 Tollgate Road Zionsville, PA 18092-2147 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 6, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.