# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| ROBERT JOSEPH WOODS, JR. | : | CASE NO. 15-12063 |
| | : | |
| Debtor | : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 19h day of December, 2018, a true and correct copy of the Motion for Leave to Withdraw as Counsel for Robert Joseph Woods, Jr. was served by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Robert Joseph Woods, Jr.
6384 Tollgate Road
Zionsville PA 18092


Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102