UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ROBERT JOSEPH WOODS, JR. | : | Chapter 13 |
| | : | |
| Debtor | : | No. 15-12063REF |
| | : | |

HEARING TO BE HELD:
Date: April 11, 2019
Time: 9:30 AM
Place: United States
Bankruptcy Court
Courtroom #1, 3rd Floor
400 Washington Street
Reading, PA 19601

************

## NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

Scott F. Waterman, Standing Chapter 13 Trustee, has filed a Motion for Disbursement in the above-captioned chapter 13 bankruptcy case for the reason(s) listed on the enclosed Motion.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before March 26, 2019, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    U.S. Bankruptcy Court
    Clerk's Office
    United States Courthouse
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney :

        Rolando Ramos-Cardona, Esq.
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606
Telephone: (610) 779-1313
Fax: (610) 779-3637
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on April 11, 2019 at 9:30 a.m., in Courtroom #1, 3rd Floor, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:    March 18, 2019