UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
ROBERT JOSEPH WOODS, JR.                            :    Chapter 13
                                                    :
            Debtor                                  :    No. 15-12063REF
                                                    :

## ORDER

**AND NOW,** this 11th day of April, 2019, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is ✱

**ORDERED,** that the Standing Chapter 13 Trustee is authorized to disburse and refund to the Debtor, Robert Joseph Woods, Jr. the sum of Seventeen Thousand Nine Hundred Eighty-Six and 13/100 Dollars ($17,986.13).

BY THE COURT

_[signature]_
HON. RICHARD E. FEHLING
CHIEF BANKRUPTCY JUDGE

✱ Pursuant to Case No. 15-10412 (by Judge Frank), which I adopt for my cases.