United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12063-ref
Robert Joseph Woods, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                  Page 1 of 1              Date Rcvd: Apr 11, 2019
                              Form ID: pdf900            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db            +Robert Joseph Woods, Jr.,    6384 Tollgate Road,    Zionsville, PA 18092-2147
aty           +Charles Laputka,    1344 W. Hamilton Street,    Allentown, PA 18102-4329
aty           +Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    Suite 280 South,
               601 Walnut Street,    Philadelphia, PA 19106-3314
aty           +Jeannine M. Farino,    Rivkin Radler, LLP,    926 RXR Plaza,    Uniondale, NY 11556-3823
cr            +BANK OF AMERICA, N.A.,    P.O. Box 5170,    SIMI VALLEY, CA 93062-5170
cr            +Bethpage Federal Credit Union,    c/o Gellert Scali Busenkell & Brown LLC,    The Curtis Center,
               601 Walnut Street,    Suite 280 South,    Philadelphia, PA 19106-3314
cr            +LAPOLLA INDUSTRIES INC,    Sklar Law LLC,    1200 Laurel Oak Rd,    Ste 102,
               Voorhees, NJ 08043-4317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+Ann Marie Woods,    763 Magnolia Rd,    Hellertown, PA 18055-2316
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              ANDREW   SKLAR    on behalf of Creditor    LAPOLLA INDUSTRIES INC andy@sklarlaw.com
              BRYA M KEILSON    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               brya.keilson@usdoj.gov
              BRYA M KEILSON    on behalf of Creditor    Bethpage Federal Credit Union brya.keilson@usdoj.gov
              CHARLES   LAPUTKA    on behalf of Defendant Robert Joseph Woods, Jr. claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              HOLLY SMITH MILLER    on behalf of Creditor    Bethpage Federal Credit Union hsmiller@gsbblaw.com
              JOHN EVERETT COOK    on behalf of Creditor Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Plaintiff Ann Marie Woods bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Creditor    Bethpage Federal Credit Union
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               mbusenkell@gsbblaw.com
              MICHAEL G. BUSENKELL, Esq.    on behalf of Attorney Jeannine M. Farino mbusenkell@gsbblaw.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
                                      :
ROBERT JOSEPH WOODS, JR.              :    Chapter 13
                                      :
              Debtor                  :    No. 15-12063REF
                                      :

ORDER

AND NOW, this 11th day of April, 2019, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

ORDERED, that the Standing Chapter 13 Trustee is authorized* to disburse and refund to the Debtor, Robert Joseph Woods, Jr. the sum of Seventeen Thousand Nine Hundred Eighty-Six and 13/100 Dollars ($17,986.13).

BY THE COURT

_____
HON. RICHARD E. FEHLING
CHIEF BANKRUPTCY JUDGE

*Pursuant to Case No. 15-10412 (by Judge Frank), which I adopt for my cases.